CLARK, Respondent, v. MIDDLETOWN–GOSHEN TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 6, 1897.) Action by Harriet W. Clark against the Middletown-Goshen Traction Company. No opinion. Judgment affirmed,

with costs, on opinion per curiam, reported in 10 App. Div. 354, 41 N. Y. Supp. 1109. See, also, 42 N. Y. Supp. 1122.